JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
AmerisourceBergen Drug Corporation and Bellco Drug Corporation

### DEFENDANTS
Vansen Pharma - Pharma Romlev et al.

(b) County of Residence of First Listed Plaintiff: **Chester County, PA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Maurice R. Mitts, Esquire and Mitts Law, LLC
1822 Spruce Street
Philadelphia, PA 19103; (215) 866-0110

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☑ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☑ 3 | Foreign Nation | ☐ 6 | ☑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☑ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**28 U.S.C. 1332(a)**
Brief description of cause:
**Breach of Contract**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ **324,150.09+**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: **August 28, 2015**
SIGNATURE OF ATTORNEY OF RECORD: *[signature]* Maurice R. Mitts, Esquire

**FOR OFFICE USE ONLY**
RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| **AmerisourceBergen Drug Corporation et al.** | : | CIVIL ACTION |
| v. | : | |
| | : | NO. |
| **Vansen Pharma – Pharma Romlev** *et al.* | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( X )

| | | |
|---|---|---|
| August 28, 2015 | Attorney-at-law | Maurice R. Mitts |
| Date | | Attorney for Plaintiffs |
| (215) 866-0110 | (215) 866-0111 | mmitts@mittslaw.com |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660) 10/02

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: **1300 Morris Drive, Chesterbrook, PA 19087**

Address of Defendant: **#300 - 1275 West 6th Avenue, Vancouver, BC V6H 1A6, Canada**

Place of Accident, Incident or Transaction: **Pennsylvania**
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes ☑   No ☐

Does this case involve multidistrict litigation possibilities?    Yes ☐   No ☑

*RELATED CASE, IF ANY:*
Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐   No ☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☑ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

### ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, **Maurice R. Mitts**, counsel of record do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: **08/28/2015**    _____    **50297**
                        Attorney-at-Law           Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is **not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: **08/28/2015**    _____    **50297**
                        Attorney-at-Law           Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION<br>1300 Morris Drive<br>Chesterbrook, PA 19087,<br><br>and<br><br>BELLCO DRUG CORPORATION<br>5500 New Horizons Boulevard<br>North Amityville, NY 11701,<br><br>     Plaintiffs,<br>vs.<br><br>VANSEN PHARMA – PHARMA ROMLEV<br>#300 – 1275 West 6th Avenue<br>Vancouver, BC V6H 1A6<br>Canada,<br><br>VANSEN PHARMA INC.<br>115-754, 6955 N Durango Drive<br>Las Vegas, NV 89149,<br><br>VANSEN PHARMA, INC.<br>3500 boul De Maisonneuve O<br>Suite 1600<br>Westmount, QC H4Z 3C1<br>Canada,<br><br>PHARMA ROMLEV, INC.<br>11772 West Sample Rd.<br>Coral Springs, FL 33065-3166,<br><br>and<br><br>ROMLEV PHARMA, INC.<br>3500 boul De Maisonneuve O<br>Suite 1600<br>Westmount, QC H4Z 3C1<br>Canada,<br><br>     Defendants. | CIVIL ACTION NO. _____ |

## COMPLAINT

Plaintiffs AmerisourceBergen Drug Corporation ("Plaintiff ABC") and Bellco Drug Corporation ("Plaintiff Bellco") (collectively, "Plaintiffs") bring this Complaint against Defendants Vansen Pharma – Pharma Romlev ("VPPR"), Vansen Pharma Inc. (US) ("Vansen US"), Vansen Pharma, Inc. (Canada) ("Vansen Canada"), Pharma Romlev, Inc. ("Pharma Romlev") and Romlev Pharma, Inc. ("Romlev Pharma") (collectively "Defendants"), and state as follows:

## PARTIES

1. Plaintiff ABC, a Delaware corporation, is a national distributor of pharmaceutical products and related services, including wholesale pharmaceutical distribution services and maintains its principal place of business in Chester County, Pennsylvania, at 1300 Morris Drive, Chesterbrook, Pennsylvania 19087. Plaintiff ABC performs credit and collection functions for its affiliated co-Plaintiff Bellco.

2. Plaintiff Bellco, a New York corporation, is a pharmaceutical drug distributor, and maintains its principal place of business at 5500 New Horizons Boulevard, North Amityville, NY 11701.

3. Upon information and belief, VPPR is a Canadian corporation with its principal place of business at #300 – 1275 West 6th Avenue, Vancouver, BC V6H 1A6, Canada.

4. Upon information and belief, Vansen US is a Nevada corporation with its headquarters and principal place of business at 115-754, 6955 N Durango Drive, Las Vegas, NV 89149.

5. Upon information and belief, Vansen Canada is a Canadian corporation with its headquarters and principal place of business at 3500 boul De Maisonneuve O, Westmount,

QC H4Z 3C1, Canada.

6. Upon information and belief, Pharma Romlev, Inc. is a Florida corporation with its headquarters and principal place of business at 11772 West Sample Rd., Coral Springs, FL 33065-3166.

7. Upon information and belief, Romlev Pharma is a Canadian corporation with its headquarters and principal place of business at 3500 boul De Maisonneuve O, Suite 1600, Westmount, QC H4Z 3C1, Canada.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states or countries and the amount in controversy exceeds the threshold $75,000.00 requirement, exclusive of interest and costs.

9. Jurisdiction and venue are proper in this Court because the parties contractually agreed to litigate any disputes in Pennsylvania.

10. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## FACTUAL BACKGROUND

11. This action seeks compensation for Defendants' breaches of contract and failure to compensate Plaintiffs for losses incurred by Plaintiffs as a result of Defendants' failure to meet their obligations under the distribution services agreement mutually executed by the parties (the "Agreement").[1]

12. Pursuant to the Agreement, Plaintiffs and Defendants agreed that Defendants would sell, and Plaintiffs would purchase, certain pharmaceutical products (the "Products") according to the terms of the Agreement.

13. Pursuant to the Agreement, the parties also agreed that Plaintiffs had a right to

---

[1] The Agreement is confidential by agreement of the parties, and is already in the possession of the parties, and accordingly the Agreement is not attached to the Complaint.

3

return certain Products to Defendants, and receive cash upon return of the Products according to the terms of the Agreement.

14. As set forth in greater detail below, Defendants violated their contractual obligations and common law obligations to pay Plaintiffs by failing to refund monies to Plaintiffs upon Plaintiffs' return of Products to Defendants pursuant to the terms of the Agreement.

15. Accordingly, Plaintiffs seek all allowable compensatory, consequential and additional damages against Defendants.

### *The Transactions and Defendants' Breach of Contract*

16. The Agreement permits Plaintiffs to return Products to Defendants for compensation if, among other reasons, the Products are returned less than six (6) months before their expiration date or up to one (1) year after their expiration date.

17. Moreover, the Agreement states that Defendants will pay Plaintiffs all compensation due (including without limitation fees, payments, credits, product allocations, and/or bill-back program amounts) within 30 days of determination.

18. During the period on or about October 9, 2014, through on or about May 21, 2015, Plaintiffs returned Products to Defendants according to the terms of the Agreement, in an amount presently totaling $315,685.89.

19. Plaintiffs submitted return credit requests (the "Return Credit Requests") to Defendants for the Products, pursuant to the Agreement. True and correct copies of the Return Credit Requests are attached hereto as Exhibit "A" and incorporated herein by reference.

20. Plaintiffs are holding Products which are awaiting return authorization and/or disposition to Defendants, in the amount of $8,464.20 (the "Pending Returns").

21. Return authorization has not been received from Defendants for the Pending Returns, nor have the Pending Returns been otherwise disposed of.

22. No payment has been, or is expected to be, received from Defendants for the Pending Returns, causing Plaintiffs to suffer further losses in the amount of $8,464.20.[2]

23. The total outstanding amount due from Defendants for returned Product is **$324,150.09** (the "Amount Due").

24. Credit with Defendants holds no value to Plaintiffs, and any monies for the Products returned must be paid in cash to the Plaintiffs pursuant to the Agreement.

25. Defendants refused, and continue to refuse, to pay the Amount Due in full.

26. Despite attempts to collect the Amount Due, Defendants have not paid Plaintiffs for the Amount Due in full.

### *Defendants' Liability for Costs and Attorneys' Fees*

27. Defendants further executed a continuing guaranty and indemnification agreement in favor of Plaintiffs (the "Guaranty"), which provides that Defendants shall promptly defend, indemnify and hold Plaintiffs harmless against any and all claims, losses, damages, costs, liabilities and expenses, including attorneys' fees and expenses, arising as a result of any actual or asserted claim of breach of contract.

28. Pursuant to the Guaranty, in addition to the Amount Due, Defendants are further liable for Plaintiffs' claims, losses, damages, costs, liabilities and expenses, including attorneys' fees and expenses.

### COUNT I – BREACH OF CONTRACT

29. Plaintiffs repeat and re-allege all of the preceding paragraphs as if fully set forth at length again herein.

---

[2] This amount includes inventory which is expired or otherwise unsellable totaling $597.99, awaiting eligibility for return to Defendants.

30. Plaintiffs returned the Products to Defendants pursuant to the Agreement.

31. Defendants breached the Agreement by, *inter alia*, failing to pay Plaintiffs in full for the returned Products that Defendants received, plus losses, damages, costs, liabilities and expenses, including attorneys' fees and expenses, and proximately caused monetary damage to Plaintiffs.

32. Defendants are liable to Plaintiffs for, *inter alia*, payment in full for all returned Products plus Plaintiffs' losses, damages, costs, liabilities and expenses, including attorneys' fees and expenses. *See* Exhibit A.

33. Defendants' breaches of their obligations under their Agreement with Plaintiffs entitle Plaintiffs to a judgment in their favor and against Defendants, in the amount of $324,150.09, together with statutory interest, attorneys' fees and all other costs of collection.

WHEREFORE, Plaintiffs AmerisourceBergen Drug Corporation and Bellco Drug Corporation demand judgment against Defendants Vansen Pharma – Pharma Romlev, Vansen Pharma Inc. (US), Vansen Pharma, Inc. (Canada), Pharma Romlev, Inc. and Romlev Pharma, Inc. in the amount of $324,150.09, together with statutory interest, attorneys' fees, all other costs of collection and such further and additional relief as this Court deems just and proper.

Respectfully submitted,

**MITTS LAW, LLC**

Date: August 28, 2015

Maurice R. Mitts, Esquire
Attorney I.D. No. 50297
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0112 (telephone)
(215) 866-0113 (facsimile)
*Attorney for Plaintiffs*
*AmerisourceBergen Drug Corporation and*
*Bellco Drug Corporation*

# Exhibit A

### Vansen Pharma Romlev
### Analysis of AP Balance (as of 4/6/2015)  ABC

| | |
|---|---|
| (315,685.89) | AP Balance as of today |
| | |
| (315,685.89) | AP Balance including future invoicing |
| - | Expected chargebacks related to on-hand inventory |
| - | Current morgue inventory |
| (7,866.21) | Product at Medturn Awaiting Disposition |
| - | *Rebates Pending (confirmed 6/8/15)* |
| (323,552.10) | AP Balance including future invoicing |
| | |
| 3,714.62 | On-hand inventory |
| 0% | Historical CB% |
| - | Expected Chargebacks related to on-hand inventory |

### Vansen Pharma Romlev
### Analysis of AP Balance (as of 4/6/2015)  Bellco

| | |
|---|---|
| - | AP Balance as of today |
| | |
| - | AP Balance including future invoicing |
| - | Expected chargebacks related to on-hand inventory |
| (597.99) | Current morgue inventory |
| (597.99) | AP Balance including future invoicing |
| | |
| - | On-hand inventory |
| 0% | Historical CB% |
| - | Expected Chargebacks related to on-hand inventory |

VANSEN - PHARMA ROMALEV OPEN PAYABLES - 6/8/15

| CoCd | Vendor | Name 1 | Doc. Date | Due on | Reference | Assignment | DocumentNo | Type | Gross Amount | Cash Disc. A | Net Amt | Pstng Date | Description | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/15/2014 | 9/15/2014 | 7105108620 | | 7107311257 | X1 | 1,295.36 | 0.00 | 1,295.36 | 9/15/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/29/2014 | 9/29/2014 | 7093267463 | | 7112824114 | X1 | 140.40 | 0.00 | 140.40 | 9/29/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/29/2014 | 9/29/2014 | 7093713823 | | 7112869332 | X1 | 140.40 | 0.00 | 140.40 | 9/29/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/29/2014 | 9/29/2014 | 7093713824 | | 7112869333 | X1 | 668.64 | 0.00 | 668.64 | 9/29/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/29/2014 | 10/29/2014 | 7104457735 | | 7010913526 | X1 | 257.40 | 0.00 | 257.40 | 10/29/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/29/2014 | 10/29/2014 | 7105108249 | | 7010913762 | X1 | 257.40 | 0.00 | 257.40 | 10/29/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/29/2014 | 10/29/2014 | 7105108250 | | 7010913763 | X1 | 509.44 | 0.00 | 509.44 | 10/29/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 11/26/2014 | 11/26/2014 | 7113962739 | | 7022107204 | X1 | 117.00 | 0.00 | 117.00 | 11/26/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 11/26/2014 | 11/26/2014 | 7113969377 | | 7022164451 | X1 | 117.00 | 0.00 | 117.00 | 11/26/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 11/26/2014 | 11/26/2014 | 7113969378 | | 7022164452 | X1 | 95.52 | 0.00 | 95.52 | 11/26/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 12/30/2014 | 12/30/2014 | 7015415211 | | 7035013996 | X1 | 70.20 | 0.00 | 70.20 | 12/30/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 12/30/2014 | 12/30/2014 | 7015450389 | | 7035024380 | X1 | 70.20 | 0.00 | 70.20 | 12/30/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 12/30/2014 | 12/30/2014 | 7015450390 | | 7035024381 | X1 | 222.88 | 0.00 | 222.88 | 12/30/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 1/29/2015 | 1/29/2015 | 7026182368 | | 7047327015 | X1 | 23.40 | 0.00 | 23.40 | 1/29/2015 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 1/29/2015 | 1/29/2015 | 7026233737 | | 7047327253 | X1 | 23.40 | 0.00 | 23.40 | 1/29/2015 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 1/29/2015 | 1/29/2015 | 7026233738 | | 7047327254 | X1 | 31.84 | 0.00 | 31.84 | 1/29/2015 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 2/25/2015 | 2/25/2015 | 7038649834 | | 7058440764 | X1 | 140.40 | 0.00 | 140.40 | 2/25/2015 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 2/25/2015 | 2/25/2015 | 7038650253 | | 7058452528 | X1 | 140.40 | 0.00 | 140.40 | 2/25/2015 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 2/25/2015 | 2/25/2015 | 7038650254 | | 7058452529 | X1 | 350.24 | 0.00 | 350.24 | 2/25/2015 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 7/16/2014 | 7/17/2014 | 78219DED | | 1700140094 | KG | 46.80 | 0.00 | 46.80 | 9/9/2014 | Rebate | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 7/8/2014 | 9/6/2014 | V633 | | 5101608720 | RN | (13,961.34) | (279.23) | (13,682.11) | 7/9/2014 | Invoice | Vendor Invoice |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 8/8/2014 | 9/7/2014 | V672 | | 5101852358 | RN | (2,790.60) | (55.81) | (2,734.79) | 8/19/2014 | Invoice | Vendor Invoice |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 8/19/2014 | 9/18/2014 | V681 | | 5101894347 | RN | (9,567.84) | (191.36) | (9,376.48) | 8/25/2014 | Invoice | Vendor Invoice |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 5/5/2014 | 5/6/2014 | 535 | RXRD445039 | 7043966779 | X9 | 132.67 | 0.00 | 132.67 | 1/21/2015 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/12/2014 | 9/13/2014 | 648 | RXRD461855 | 7003923211 | X9 | 185.74 | 0.00 | 185.74 | 10/10/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/12/2014 | 9/13/2014 | 650 | EXPAH03242657 | 7003923212 | X9 | 159.20 | 0.00 | 159.20 | 10/10/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/29/2014 | 9/30/2014 | 658 | 534049892 | 1700019080 | KG | 42,718.13 | 0.00 | 42,718.13 | 10/20/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/29/2014 | 9/30/2014 | 659 | WAG19705 | 7007166221 | K2 | 2,918.64 | 0.00 | 2,918.64 | 10/20/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/7/2014 | 10/8/2014 | 677 | GRCD644856 | 7008215669 | X9 | 610.26 | 0.00 | 610.26 | 10/22/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/7/2014 | 10/8/2014 | 678 | GRPD691313 | 7008215670 | X9 | 265.33 | 0.00 | 265.33 | 10/22/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/7/2014 | 10/8/2014 | 681 | EXPAH03273297 | 7008215671 | X9 | 265.33 | 0.00 | 265.33 | 10/22/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/9/2014 | 9/10/2014 | 683 | RXRD468347 | 7108431081 | X9 | 1,450.83 | 0.00 | 1,450.83 | 9/17/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/8/2014 | 10/9/2014 | 689 | 4101653 | 1700019132 | KG | 530.66 | 0.00 | 530.66 | 10/21/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/10/2014 | 9/10/2014 | 690 | 566018030 | 7108989823 | X7 | 79.81 | 0.00 | 79.81 | 9/18/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/8/2014 | 10/9/2014 | 692 | EXPAR03148261 | 7007740548 | X9 | 530.66 | 0.00 | 530.66 | 10/21/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/8/2014 | 10/9/2014 | 694 | NPRRA14054304 | 7007740549 | X9 | 53.07 | 0.00 | 53.07 | 10/21/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/10/2014 | 9/11/2014 | 697 | NPRRA13054303 | 7108431082 | X9 | 297.57 | 0.00 | 297.57 | 9/17/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/10/2014 | 9/11/2014 | 698 | PAH015121310225 | 7108431083 | X9 | 74.39 | 0.00 | 74.39 | 9/17/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/10/2014 | 9/11/2014 | 701 | GRPC620365 | 7108431084 | X9 | 922.47 | 0.00 | 922.47 | 9/17/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/10/2014 | 9/11/2014 | 715 | GRXD649762 | 7108431085 | X9 | 89.27 | 0.00 | 89.27 | 9/17/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/10/2014 | 9/11/2014 | 719 | RXRD461852 | 7108431086 | X9 | 89.27 | 0.00 | 89.27 | 9/17/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/29/2014 | 9/30/2014 | 723 | EXPAH03273176 | 7007740550 | X9 | 297.57 | 0.00 | 297.57 | 10/21/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/29/2014 | 9/30/2014 | 731 | WAG19706 | 7007166222 | K2 | 24,871.52 | 0.00 | 24,871.52 | 10/20/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/29/2014 | 9/30/2014 | 734 | EXPAR03276254 | 7008215672 | X9 | 773.68 | 0.00 | 773.68 | 10/22/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/7/2014 | 10/8/2014 | 741 | GRPD691616 | 7008215673 | X9 | 208.30 | 0.00 | 208.30 | 10/22/2014 | Return CM | detail attached |

VANSEN - PHARMA ROMALEV OPEN PAYABLES - 6/8/15

| CoCd | Vendor | Name 1 | Doc. Date | Due on | Reference | Assignment | DocumentNo | Type | Gross Amount | Cash Disc A | Net Amt | Pstng Date | Description | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/7/2014 | 10/8/2014 | 746 | RXRD448563 | 7008215674 | X9 | 386.84 | 0.00 | 386.84 | 10/22/2014 | Return CM | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/9/2014 | 10/10/2014 | 534050732 | 534050732 | 5100067618 | RN | 25,737.01 | 0.00 | 25,737.01 | 10/9/2014 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/9/2014 | 10/10/2014 | 534050794 | 534050794 | 5100067619 | RN | 9,641.30 | 0.00 | 9,641.30 | 10/9/2014 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 2/4/2015 | 2/5/2015 | 534051614 | 534051614 | 5100827174 | RN | 41,126.15 | 0.00 | 41,126.15 | 2/4/2015 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/14/2014 | 10/15/2014 | 534051681 | 534051681 | 5100101309 | RN | 3,035.22 | 0.00 | 3,035.22 | 10/14/2014 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 2/12/2015 | 2/13/2015 | 534052497 | 534052497 | 5100877728 | RN | 3,183.96 | 0.00 | 3,183.96 | 2/12/2015 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 2/11/2015 | 2/12/2015 | 534052563 | 534052563 | 5100850817 | RN | 35,101.08 | 0.00 | 35,101.08 | 2/11/2015 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 2/12/2015 | 2/13/2015 | 534053350 | 534053350 | 5100877729 | RN | 4,245.28 | 0.00 | 4,245.28 | 2/12/2015 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 3/27/2015 | 3/28/2015 | 534053411 | 534053411 | 5101165477 | RN | 30,742.07 | 0.00 | 30,742.07 | 3/27/2015 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 3/27/2015 | 3/28/2015 | 534054180 | 534054180 | 5101165490 | RN | 3,449.29 | 0.00 | 3,449.29 | 3/27/2015 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 3/27/2015 | 3/28/2015 | 534054246 | 534054246 | 5101165492 | RN | 43,386.96 | 0.00 | 43,386.96 | 3/27/2015 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 5/29/2015 | 5/30/2015 | 535054945 | 535054945 | 5101544727 | RN | 7,163.91 | 0.00 | 7,163.91 | 5/30/2015 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 5/29/2015 | 5/30/2015 | 535055725 | 535055725 | 5101544738 | RN | 5,837.26 | 0.00 | 5,837.26 | 5/30/2015 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 5/29/2015 | 5/30/2015 | 535055787 | 535055787 | 5101544741 | RN | 1,311.59 | 0.00 | 1,311.59 | 5/30/2015 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/3/2014 | 9/4/2014 | 004101653-01 | 4101653 | 1700018067 | KG | 795.99 | 0.00 | 795.99 | 10/21/2014 | Inventory Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/2/2014 | 9/2/2014 | 61144860373 | 61144860373 | 4860374 | X3 | 70.33 | 0.00 | 70.33 | 9/2/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/8/2014 | 9/8/2014 | 61144941268 | 61144941268 | 4941269 | X3 | 70.33 | 0.00 | 70.33 | 9/8/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/16/2014 | 9/16/2014 | 61145032912 | 61145032912 | 5032913 | X3 | 70.33 | 0.00 | 70.33 | 9/16/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/18/2014 | 9/18/2014 | 61145067724 | 61145067724 | 5067725 | X3 | 70.33 | 0.00 | 70.33 | 9/18/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/23/2014 | 9/23/2014 | 61145127926 | 61145127926 | 5127927 | X3 | 70.33 | 0.00 | 70.33 | 9/23/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/2/2014 | 10/2/2014 | 61151028545 | 61151028545 | 1028546 | X3 | 70.33 | 0.00 | 70.33 | 10/2/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/22/2014 | 10/22/2014 | 61151264756 | 61151264756 | 1264757 | X3 | 70.33 | 0.00 | 70.33 | 10/22/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/31/2014 | 10/31/2014 | 61151385552 | 61151385552 | 1385553 | X3 | 70.33 | 0.00 | 70.33 | 10/31/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 11/19/2014 | 11/19/2014 | 61151648603 | 61151648603 | 1648604 | X3 | 70.33 | 0.00 | 70.33 | 11/19/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 12/3/2014 | 12/3/2014 | 61151816126 | 61151816126 | 1816127 | X3 | 70.33 | 0.00 | 70.33 | 12/3/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 12/9/2014 | 12/9/2014 | 61151888162 | 61151888162 | 1888163 | X3 | 70.33 | 0.00 | 70.33 | 12/9/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 12/25/2014 | 12/25/2014 | 61152104604 | 61152104604 | 2104605 | X3 | 70.33 | 0.00 | 70.33 | 12/25/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 12/29/2014 | 12/29/2014 | 61152128477 | 61152128477 | 2128478 | X3 | 140.66 | 0.00 | 140.66 | 12/29/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 12/30/2014 | 12/30/2014 | 61152151056 | 61152151056 | 2151057 | X3 | 70.33 | 0.00 | 70.33 | 12/30/2014 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 3/26/2015 | 3/26/2015 | 61153256001 | 61153256001 | 3256002 | X3 | 606.60 | 0.00 | 606.60 | 3/26/2015 | Chargeback | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 2/16/2015 | 2/17/2015 | AIT0215031995 | AIT0215031995 | 7052589974 | X8 | 390.00 | 0.00 | 390.00 | 2/16/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 4/15/2015 | 4/16/2015 | AIT0415034062 | AIT0415034062 | 7078453507 | X8 | 398.66 | 0.00 | 398.66 | 4/15/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 5/15/2015 | 5/16/2015 | AIT0515035055 | AIT0515035055 | 7091369799 | X8 | 265.33 | 0.00 | 265.33 | 5/15/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 5/15/2015 | 5/16/2015 | AIT0515035148 | AIT0515035148 | 7091369800 | X8 | 199.33 | 0.00 | 199.33 | 5/15/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 12/8/2014 | 12/9/2014 | AIT0814026699 | AIT0814026699 | 7026234466 | X8 | 297.57 | 0.00 | 297.57 | 12/8/2014 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 12/15/2014 | 12/16/2014 | AIT1214030168 | AIT1214030168 | 7029119762 | X8 | 837.18 | 0.00 | 837.18 | 12/15/2014 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 3/31/2015 | 4/1/2015 | COS150317235 | COS150317235 | 7072500618 | X8 | 195.00 | 0.00 | 195.00 | 3/31/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 2/17/2015 | 2/18/2015 | MAR0215622 | MAR0215622 | 7055013826 | X8 | 478.39 | 0.00 | 478.39 | 2/17/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 5/22/2015 | 5/23/2015 | MAR05151044 | MAR05151044 | 7094879083 | X8 | 279.06 | 0.00 | 279.06 | 5/22/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/22/2014 | 10/23/2014 | SAM100094080554 | SAM100094080554 | 7008215771 | K1 | 239.18 | 0.00 | 239.18 | 10/22/2014 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/22/2014 | 10/23/2014 | SAM100094080672 | SAM100094080672 | 7008215772 | K1 | 89.27 | 0.00 | 89.27 | 10/22/2014 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 11/12/2014 | 11/13/2014 | SAM100094090645 | SAM100094090645 | 7016525948 | K1 | 297.57 | 0.00 | 297.57 | 11/12/2014 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 12/9/2014 | 12/10/2014 | SAM100094100441 | SAM100094100441 | 7026779111 | K1 | 279.06 | 0.00 | 279.06 | 12/9/2014 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 11/12/2014 | 11/13/2014 | SAM100094860086 | SAM100094860086 | 7017065788 | K1 | 79.73 | 0.00 | 79.73 | 11/13/2014 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 1/12/2015 | 1/13/2015 | SAM100116110690 | SAM100116110690 | 7039846372 | K1 | 597.99 | 0.00 | 597.99 | 1/12/2015 | 3rd Party Return | detail attached |

VANSEN - PHARMA ROMALEV OPEN PAYABLES - 6/8/15

| CoCd | Vendor | Name 1 | Doc. Date | Due on | Reference | Assignment | DocumentNo | Type | Gross Amount | Cash Disc A | Net Amt | Pstng Date | Description | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 1/22/2015 | 1/23/2015 | SAM100116120275 | SAM100116120275 | 7044501169 | K1 | 358.78 | 0.00 | 358.78 | 1/22/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 2/6/2015 | 2/7/2015 | SAM100116130406 | SAM100116130406 | 7050819026 | K1 | 39.87 | 0.00 | 39.87 | 2/6/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 2/19/2015 | 2/20/2015 | SAM100116140262 | SAM100116140262 | 7055588046 | K1 | 2,591.29 | 0.00 | 2,591.29 | 2/19/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 3/9/2015 | 3/10/2015 | SAM100116150100 | SAM100116150100 | 7063039265 | K1 | 2,750.74 | 0.00 | 2,750.74 | 3/9/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 3/20/2015 | 3/21/2015 | SAM100116160204 | SAM100116160204 | 7068360915 | K1 | 358.80 | 0.00 | 358.80 | 3/20/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 4/14/2015 | 4/15/2015 | SAM100116170406 | SAM100116170406 | 7077830019 | K1 | 2,511.55 | 0.00 | 2,511.55 | 4/14/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 4/14/2015 | 4/15/2015 | SAM100116170650 | SAM100116170650 | 7077830020 | K1 | 119.02 | 0.00 | 119.02 | 4/14/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 4/24/2015 | 4/25/2015 | SAM100116180291 | SAM100116180291 | 7082990404 | K1 | 318.93 | 0.00 | 318.93 | 4/24/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 5/12/2015 | 5/13/2015 | SAM100116190567 | SAM100116190567 | 7089639708 | K1 | 478.39 | 0.00 | 478.39 | 5/12/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 5/21/2015 | 5/22/2015 | SAM100116200550 | SAM100116200550 | 7094283959 | K1 | 199.33 | 0.00 | 199.33 | 5/21/2015 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 8/28/2014 | 8/29/2014 | WAG19705A | WAG19705 | 7007176219 | K2 | (2,442.32) | 0.00 | (2,442.32) | 10/20/2014 | 3rd Party Return | Payback of previous deduction |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/16/2014 | 10/17/2014 | WAG21891 | WAG21891 | 7006077610 | K2 | 29,799.26 | 0.00 | 29,799.26 | 10/16/2014 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/17/2014 | 10/18/2014 | WGC100063420132 | WGC100063420132 | 7006615034 | K2 | 172.47 | 0.00 | 172.47 | 10/17/2014 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/17/2014 | 10/18/2014 | WGC100063420534 | WGC100063420534 | 7006615035 | K2 | 119.02 | 0.00 | 119.02 | 10/17/2014 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 11/14/2014 | 11/15/2014 | WGC100063470576 | WGC100063470576 | 7017639657 | K2 | 132.67 | 0.00 | 132.67 | 11/14/2014 | 3rd Party Return | detail attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/3/2014 | 9/4/2014 | 4101653 | 4101653 | 5101942415 | RN | 1,326.65 | 0.00 | 1,326.65 | 9/5/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/3/2014 | 9/4/2014 | 00410 1653PB | 4101653 | 1200017152 | KN | (1,326.65) | 0.00 | (1,326.65) | 10/21/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/10/2014 | 9/11/2014 | 712 | 534049005 | 1700152051 | KG | 279.06 | 0.00 | 279.06 | 9/16/2014 | 3rd Party Return | Offset - CM attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 8/2/2014 | 8/3/2014 | 0534049005PB | 534049005 | 1200164063 | KN | (279.06) | 0.00 | (279.06) | 9/16/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/4/2014 | 9/5/2014 | 534049892 | 534049892 | 5101942466 | RN | 42,718.13 | 0.00 | 42,718.13 | 9/5/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/4/2014 | 9/5/2014 | 0534049892PB | 534049892 | 1200016129 | KN | (42,718.13) | 0.00 | (42,718.13) | 10/20/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/9/2014 | 9/10/2014 | 684 | 534049970 | 1700152050 | KG | 4,761.14 | 0.00 | 4,761.14 | 9/16/2014 | 3rd Party Return | Offset - CM attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 8/20/2014 | 8/21/2014 | 0534049970PB | 534049970 | 1200166021 | KN | (4,761.14) | 0.00 | (4,761.14) | 9/16/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 8/19/2014 | 8/20/2014 | 632 | COS140615326 | 7101301336 | X8 | 265.33 | 0.00 | 265.33 | 8/29/2014 | 3rd Party Return | Offset - CM attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 6/26/2014 | 6/27/2014 | COS140615326PB | COS140615326 | 7101299953 | X8 | (265.33) | 0.00 | (265.33) | 8/29/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/9/2014 | 9/10/2014 | 685 | FRE0714019133 | 7108441199 | X8 | 279.06 | 0.00 | 279.06 | 9/17/2014 | 3rd Party Return | Offset - CM attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 7/18/2014 | 7/19/2014 | FRE0714019133PB | FRE0714019133 | 7108421876 | X8 | (279.06) | 0.00 | (279.06) | 9/17/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 10/8/2014 | 10/9/2014 | 756 | SAM100094020567 | 7007166114 | K1 | 297.57 | 0.00 | 297.57 | 10/20/2014 | 3rd Party Return | Offset - CM attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 4/28/2014 | 4/29/2014 | SAM100094020567A | SAM100094020567 | 7007193928 | K1 | (297.57) | 0.00 | (297.57) | 10/20/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/29/2014 | 9/30/2014 | 732 | SAM100094050572 | 7007166113 | K1 | 2,591.27 | 0.00 | 2,591.27 | 10/20/2014 | 3rd Party Return | Offset - CM attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 7/28/2014 | 7/29/2014 | SAM100094050572A | SAM100094050572 | 7007193929 | K1 | (2,591.27) | 0.00 | (2,591.27) | 10/20/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 8/28/2014 | 8/30/2014 | WAG19706 | WAG19706 | 7101158859 | K2 | 20,916.77 | 0.00 | 20,916.77 | 8/29/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 8/29/2014 | 8/30/2014 | WAG19706A | WAG19706 | 7007179608 | K2 | (20,916.77) | 0.00 | (20,916.77) | 10/20/2014 | 3rd Party Return | Offset |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 9/9/2014 | 9/10/2014 | 686 | WPR0714013847 | 7108441200 | X8 | 297.57 | 0.00 | 297.57 | 9/17/2014 | 3rd Party Return | Offset - CM attached |
| 61 | 20002190 | VANSEN PHARMA - PHARMA ROMLEV | 7/15/2014 | 7/16/2014 | WPR0714013847PB | WPR0714013847 | 7108421877 | X8 | (297.57) | 0.00 | (297.57) | 9/17/2014 | 3rd Party Return | Offset |

315,685.89

VANSEN - PHARMA ROMLEV INVENTORY & MORGUE 6/8/15

| Inventory Date | Plant Key | Plant Dsc | Material Key | Material Dsc | Vendor Key | Vendor Dsc | Saleable On Hand Qty | Saleable On Hand WAC ($) | Seasonal Forecast Qty | Blocked On Hand Qty | Blocked On Hand WAC ($) | Total On Hand Qty | Total On Hand WAC ($) | Actual Days on Hand | Vend On Ord Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/7/2015 | 053 | MEDTURN | 10098152 | FACTIVE 320 MG TAB 5 | 50003275 | VANSEN PHARMA INC | 0 | - | 0.00 | 1 | 199.33 | 1 | 199.33 | 0.00 | 0 |
| 6/7/2015 | 053 | MEDTURN | 10117382 | CEFDITOREN 400 MG TAB 20 | 50003295 | PHARMA ROMLEV INC | 0 | - | 0.00 | 3 | 795.99 | 3 | 795.99 | 0.00 | 0 |
| 6/7/2015 | 053 | MEDTURN | 10129700 | FACTIVE 320 MG TAB 7 | 50003275 | VANSEN PHARMA INC | 0 | - | 0.00 | 3 | 837.18 | 3 | 837.18 | 0.00 | 0 |
| 6/7/2015 | 053 | MEDTURN | 10112821 | SPECTRACEF 400 MG TAB 28 | 50003275 | VANSEN PHARMA INC | 0 | - | 0.00 | 3 | 1,249.80 | 3 | 1249.80 | 0.00 | 0 |
| 6/7/2015 | 053 | MEDTURN | 10089804 | FACTIVE 320 MG TAB 7 | 50003275 | VANSEN PHARMA INC | 0 | - | 0.00 | 5 | 1,395.30 | 5 | 1395.30 | 0.00 | 0 |
| 6/7/2015 | 053 | MEDTURN | 10133901 | FACTIVE 5 320 MG TAB 5 | 50003275 | VANSEN PHARMA INC | 0 | - | 0.00 | 17 | 3,388.61 | 17 | 3388.61 | 0.00 | 0 |
| | | | | TOTAL AT MEDTURN - (to be returned) | | | | | | | 7,866.21 | | | | |
| 6/7/2015 | 023 | ABC DC BETHLEHEM | 10136002 | CEFDITOREN 200 MG TAB 20 | 50003295 | PHARMA ROMLEV INC | 14 | 3,714.62 | 3.29 | 0 | - | 14 | 3714.62 | 119.00 | 0 |
| | | | | TOTAL AT DIVISION - (Inventory) | | | | 3,714.62 | | | | | | | |

R554102AB

Bellco Health
Supplier Balance Report      Page -      6/8/2015  8:33:22  1

| Supplier Number | Supplier Name | Avg Cost Total 111 | Avg Cost Total 191 | Inventory | Morgue |
|---|---|---|---|---|---|
| 1189685 | VANSEN PHARM INC | 0 | 597.99 | 0.00 | 597.99 |
| 1220523 | PHARMA ROMLEV INC. | 0 | 0 | 0.00 | 0.00 |